JANET M. HEROLD, Regional Solicitor
ANDREW J. SCHULTZ, Senior Trial Attorney
California State Bar Number 237231
VERONICA MELENDEZ, Trial Attorney
California State Bar Number 294106
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7745
Facsimile: (415) 625-7772
email: schultz.andrew@dol.gov

Attorneys for EDWARD C. HUGLER, Acting Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| EDWARD C. HUGLER, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br>vs.<br><br>BH DRYWALL, STUCCO & PAINTING CO., INC.; TROY HELM; and CRAIG HELM<br><br>Defendants. | Case No.:<br><br>COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT |

1. Plaintiff, EDWARD C. HUGLER, Acting Secretary of Labor, United States Department of Labor, brings this action to enjoin defendants BH Drywall, Stucco & Painting Co. Inc., an Arizona Corporation, Troy Helm, an individual, and Craig Helm, an individual, from violating the provisions of sections 7, 11 and 15 of

the Fair Labor Standards Act of 1938, as Amended (29 U.S.C. §201, *et seq.*), hereinafter called the Act, pursuant to section 17 of the Act; and to recover unpaid overtime compensation owing to defendants' employees, together with an equal amount as liquidated damages, pursuant to section 16(c) of the Act.

2. Jurisdiction of this action is conferred upon the court by sections 16(c) and 17 of the Act and 28 U.S.C. §1345.

3. Defendant BH DRYWALL, STUCCO & PAINTING CO. INC., is and at all times hereinafter mentioned was an Arizona corporation with an office and a place of business at 627 W. Commerce Ave, Gilbert, AZ, 85233 within the jurisdiction of this court, and engaged in the operation of construction.

4. Defendant, TROY HELM, an individual, resides in Arizona, within the jurisdiction of this court, and at all times hereinafter mentioned acted directly or indirectly in the interest of the corporate defendant in relation to its employees.

5. Defendant CRAIG HELM, an individual, resides in Arizona, within the jurisdiction of this court, and at all times hereinafter mentioned acted directly or indirectly in the interest of the corporate defendant in relation to its employees.

6. Defendant BH DRYWALL, STUCCO & PAINTING CO. INC is and at all times hereinafter mentioned was engaged in related activities performed through unified operation or common control for a common business purpose, and is and at all times hereinafter mentioned was an enterprise within the meaning of section 3(r) of the Act.

7. Defendant BH DRYWALL, STUCCO & PAINTING CO. INC at all times hereinafter mentioned was an enterprise engaged in commerce or in the production of goods for commerce within the meaning of sections 3(s)(1)(A) the Act in that said enterprise at all times hereinafter mentioned had employees

engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has and has had an annual gross volume of sales made or business done of not less than $500,000.

8. Defendants, employers subject to the provisions of the Act, have repeatedly and willfully violated the minimum wage provisions of the FLSA Sections 6 and 15(a)(2), 29 U.S.C. §§ 206 and 215(a)(2), by paying their employees' wages at rates less than the effective minimum wage in workweeks when said employees were engaged in commerce or in the production of goods for commerce, or were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA.

9. Defendants, employers subject to the provisions of the Act, have repeatedly and willfully violated the overtime provisions of the FLSA sections 7 and 15(a)(2), 29 U.S.C. §§ 207 and 215(a)(2), by employing many of their employees who in workweeks were engaged in commerce or in the production of goods for commerce, or who were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, as aforesaid, for workweeks longer than forty hours without compensating said employees for their employment in excess of forty hours per week during such workweeks at rates not less than one and one-half times the regular rate at which they were employed.

10. Defendants, employers subject to the provisions of the Act, have repeatedly and willfully violated the record-keeping provisions of sections 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), in that they failed to

make, keep, and preserve adequate and accurate records of employees and the wages, hours and other conditions and practices of employment maintained by them as prescribed by regulations duly issued pursuant to authority granted in the Act and found in 29 C.F.R. Part 516, in that records fail to show adequately and accurately, among other things, the hours worked with respect to several employees.

11. Defendants employed many employees "off the books," appearing to "pay" this large shadow workforce through the paychecks of other employees. When the Secretary sought information regarding the working hours and pay of Defendants' employees during the investigation, Defendants failed to provide that information at all or on a timely basis. Through these actions, Defendants were depriving, interfering, and impeding the ability of their employees, and derivatively the Secretary of Labor, to detect and recognize their own status as employees protected by the FLSA, and discouraging, punishing and coercing them from exercising their rights as employees under the FLSA.

12. A judgment which enjoins and restrains such violations and includes the restraint of any withholding of payment of unpaid overtime compensation found by the court to be due to present and former employees under the Act is expressly authorized by section 17 of the Act.

**WHEREFORE**, cause having been shown, plaintiff prays for a judgment against defendants as follows:

(a) For an Order pursuant to section 17 of the Act, permanently enjoining and restraining defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the provisions of section 15 of the Act; and

(b) For an Order

(1) pursuant to section 16(c) of the Act finding defendants liable for unpaid overtime compensation due defendants' employees and for liquidated damages equal in amount to the unpaid compensation found due defendants' employees listed in the attached Exhibit A (additional back wages and liquidated damages may be owed to certain employees presently unknown to plaintiff for the period covered by this complaint); or in the event liquidated damages are not awarded;

(2) pursuant to section 17 enjoining and restraining defendants, their officers, agents, servants, employees and those persons in active concert or participation with defendants, from withholding payment of unpaid back wages found to be due defendants' employees and pre-judgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. 6621; and

(c) For an Order awarding plaintiff the costs of this action; and

(d) For an Order granting such other and further relief as may be necessary or appropriate.

(e) Providing such further legal and equitable relief as may be deemed appropriate, including equitable tolling of the applicable three-year statute of limitations to redress interference with the Secretary's investigation, including Defendants': delayed production and refusal to produce information to the Secretary regarding the identity of its workforce and/or hours worked by each workers; confusion and intimidation of its workforce as to their status as employees protected by the FLSA, including their practice of working many

employees "off the books, in violation of 29 U.S.C. §§ 211(c) and 215(a)(5) of the FLSA.

Dated: February 22, 2017

                                           NICHOLAS C. GEALE
                                           Acting Solicitor

                                           JANET M. HEROLD
                                           Regional Solicitor


                                           By: /s/ Andrew J. Schultz
                                              ANDREW J. SCHULTZ
                                              Senior Trial Attorney

                                              VERONICA MELENDEZ
                                              Trial Attorney

                                           UNITED STATES
                                           DEPARTMENT OF LABOR
                                           Attorneys for the Plaintiff

# EXHIBIT A

Adam Flores, Adrian
Aguero, Martin
Aguilar Garcia, Sergio
Aguilar, Felipe A
Aguirre, Gabriel P
Aispuro, Antonio R
Alanis Vazquez, Sergio
Alanis, Leopoldo B
Alaniz, J Carmen J
Alfonso Romero, Victor
Alonso, Christian
Amador Arista, Gerardo
Ambriz Alonso, Paulina
Andrade Vargas, Jose G
Antonio Pina, Jose
Arciniega, Federico M
Arellano, Aleida
Arellano, Jesus Maria L
Arellano, Maria
Astorga, Felix
Avila, Jessica S
Avila, Jose M
Barcenas, Arturo
Barragan, Carmelo
Barraza, Miguel
Barrios, Andres D
Barron Camez, Jacob
Belmonte Flores, Genaro
Beltran, Christian M
Beltran, Felix G
Benegas, Manuel
Blanco, Diana
Burgos Cubillas, Fernando
Burgos, Saul Usvaldo G
Calderon Pineda, Ruben
Canales, Jesus Jonathan R
Carpio, Valerie M
Castaneda, Gabriel B
Castellanos Bernal, Jose G

Castellanos, Benjamin C
Castellanos, Jose J
Castellanos, Miguel
Castro Verduzco, Jairo
Cervantes Peregrin, Lilia
Cervantes, Jose Jesus A
Chavez Coronado, Ramon
Chavez Cota, Manuel
Chavez Jr, Alvaro
Contreras Lopez, Juan
Corona, Candelario
Coronado, Jose De Dios C
Correa, Juan
Cortes, Alberto
Cortes, Guadalupe A
Cortez, Antonio
Covarrubias, Carlos
Cruz, Alejandro G
Cruz, John A
Daniels, Susan J
De Anda, Maria
De La Rosa Vasquez, Juan
De La Rosa, Romaldo
De Paz, Daniel Ortega
Del Rio Pinal, Joel
Del Rio, Jose A
Desantiago Castillo, Martin
Diaz, Jose Trinidad P
Dillon, Kelly A
Duarte, Ernesto A
Escovar, Jose Luis M
Esquivel Lemus, Ramon
F Martinez, Francisco J
Felix, Ernesto Alonso D
Fernandez Lechuga, Edgar
Fernandez, Esteban A
Flores Najera, Rafael
Flores, Cristian M
Fragoso Perez, Andres
Gallegos, Adelmo D
Gamino, Refugio
Garcia Campos, Ezequiel
Garcia Zuniga Jr, Pedro

| | |
|---|---|
| 1 | Garcia, Celso E |
| 2 | Garcia, Isidro G |
| | Garcia, Manuel E |
| 3 | Garcia, Olivo |
| | Gavina, Jose Francisco S |
| 4 | Gerardo Robles, Juan |
| | Giron, Jose I |
| 5 | Giron, Jose J |
| 6 | Godinez, Valdemar |
| | Godoy, Ernesto |
| 7 | Gomez, Vincente |
| | Gonzalez Ambriz, Andres |
| 8 | Gonzales, Delores L |
| | Gonzalez, Juvenal H |
| 9 | Gonzalez, Salvador |
| 10 | Granillo, Antonio |
| | Guadalupe Jimenez-1922, Jose |
| 11 | Guadalupe Jimenez-2463, Jose |
| 12 | Guarneros Licona, Pablo |
| 13 | Guarneros, Fidel V |
| | Gutierrez, Vicente |
| 14 | Heras, Justo A |
| 15 | Hernandez, David A |
| | Hernandez, Ramon |
| 16 | Ibarra, Claudia C |
| 17 | Jacobo, Bartolo B |
| | Jaramillo, Zita M |
| 18 | Jimene Sanchez, Emiliano |
| | Jimenez Alaniz, Gabriel |
| 19 | Jimenez Martinez, Enrique |
| 20 | Jimenez Monroy, Israel |
| | Jimenez, Carlos |
| 21 | Jimenez, Domingo V |
| | Jimenez, Enrique |
| 22 | Jimenez, Marcelino |
| 23 | Jimenez, Ramiro |
| | Jimenez, Santos T |
| 24 | Jimenez, Victor Manuel B |
| | Juarez, Dyana |
| 25 | Juarez, Ubaldo |
| | Lagos Hernandez, Jose |

*Complaint for Violations of the FLSA*      9

| | |
|---|---|
| 1 | Lagos Hernandez, Tomas |
| 2 | Lagos, Estanislao H |
| | Lara Hernandez, Paul |
| 3 | Lara Reyes, Jose |
| | Laturneria, Gerardo |
| 4 | Ledezma, Noe |
| | Lee Mendoza, Erika |
| 5 | Lemus Perez, Francisco J |
| 6 | Lemus, Margarito |
| | Licona Perez, Pedro |
| 7 | Licona, Sergio V |
| | Llaca, Julio Cesar B |
| 8 | Lopez Rodriguez, Hugo |
| 9 | Lopez Rodriguez, Omar D |
| | Lopez, Brenda |
| 10 | Lopez, Francisco N |
| | Lopez, Jose Manuel M |
| 11 | Lopez, Ricardo |
| | Loyola, Cesar A |
| 12 | Luis Muniz, Manuel |
| 13 | Lujan, Tomas G |
| | Manuel Hernandez, Jesus |
| 14 | Marquez Macias, Cesar I |
| | Marquez Medina, Salvador |
| 15 | Martin Vargas, Juan |
| 16 | Martinez, Daniel |
| | Martinez, Ricardo |
| 17 | Mascaren, Ramon Rogelio |
| | Matias, Benito A |
| 18 | Medina, David |
| 19 | Medina, Eleazar M |
| | Medina, Marivel |
| 20 | Melendez, Roberto M |
| | Mendez, Enrique |
| 21 | Mendivil, Oscar R |
| 22 | Mendoza Ibarra, Oscar |
| | Mendoza Sandoval, Felix |
| 23 | Mendoza, Sergio |
| | Merino, Jose L |
| 24 | Millan, Veronica |
| 25 | Mimila, Angel A |
| | Miramontes Velazque, Luis |
| | Miramontes, Enrique J |

| | |
|---|---|
| 1 | Miranda, Mario |
| | Mora Valenzuela, Martin |
| 2 | Morales Olvera, Jose A |
| 3 | Morales Perez, Javier |
| | Morales Rodriguez, Javier |
| 4 | Morales, Francisco V |
| | Morales, Jose Francisco R |
| 5 | Moriya, Servando M |
| 6 | Moriyo Mendoza, Arturo |
| | Mosqueda, Angel A |
| 7 | Munoz Granados, Jose Luis |
| | Munoz, Camilo G |
| 8 | Neri Cercas, Norberto |
| | Nieblas, Carlos V |
| 9 | Noyes Jr, Anthony F |
| 10 | Ocegera Tellez, Martin |
| | Ochoa, Eriberto |
| 11 | Oropeza, Enrique M |
| | Ortega Davila, Benito |
| 12 | Ortega Davila, Marcelo |
| 13 | Ortega, Alejo R |
| | Ortiz, Alejandro S |
| 14 | Osorio, Rosario M |
| | Pacheco, Cesar |
| 15 | Padilla Cortes, Miguel |
| 16 | Padilla Monrroy, Jaime |
| | Padilla Moreno, Valente |
| 17 | Parra, Cecilio |
| | Pena, Alberto R |
| 18 | Peralta Ayon, Jesus |
| 19 | Perez Arias, Antonio |
| | Perez Diaz, Nicolas |
| 20 | Perez Ruiz, Pedro |
| | Perez, Arturo |
| 21 | Perez, Ernesto O |
| 22 | Perez, Manuel |
| | Pesina, Estaban L |
| 23 | Pina Pina, Bernardino |
| | Pina, Antonio P |
| 24 | Pina, Bernardino V |
| 25 | Pina, Bernardo V |
| | Pina, Carmelo M |
| | Pina, Heriberto V |

Pina, Jose Guadalupe P
Pina, Jose V
Pina, Jose Vazquez L
Pina, Maribel P
Pina, Serafin P
Pueblo, Jose
Rameriz, Juan P
Ramirez Barroso, Ismael
Ramirez Barroso, Jose
Ramirez Gonzalez, Camilo
Ramirez, Gerardo B
Ramirez, Guillermo M
Ramirez, Jose
Ramirez, Rogelio
Ramon Hernandez, Adrian
Rangel Herrera, Juan
Rangel, Pedro Antonio B
Rayas, Isidro
Raygoza, Jose G
Renteria, Adriana J
Reyes Sr, Ernesto R
Reyes, Everado
Reyes, Mario R
Riestra, Manuel
Rivera, Adrian V
Rivera, Francisco J
Rivera, Jose Leobard A
Rivera, Roberto Vazquez R
Roa Rodiles, Francisco J
Robles Carrillo, Sara V
Robles Vargas, Manuel
Robles Vargas, Salvador
Rodriguez, Ana
Rodriguez, Eliseo M
Rodriguez, Enrique R
Rodriguez, Guadalupe F
Rodriguez, Jose D
Rodriguez, Jose L
Rodriguez, Jose M
Rojas, Tomas
Roman Pena, Jesus M
Rosales, Eric R
Ruelas Acosta, Leonardo

| | |
|---|---|
| 1 | Ruelas, Jesus |
| | Ruiz Penaloza, Miguel |
| 2 | Ruiz, Martin M |
| | Salas Valtierra, Jorge |
| 3 | Salas, Prospero E |
| 4 | Saldana, Galindo R |
| | Saldana, Rosendo |
| 5 | Saldana, Rosendo R |
| | Samuel Marquez, Martin |
| 6 | Sanches Mondrago, Rogelio |
| 7 | Sanchez Munoz, Alberto |
| | Sanchez Munoz, Juan |
| 8 | Sanchez Nevarez, Leo |
| | Sanchez Urrutia, Adolfo |
| 9 | Sanchez, Angelita |
| 10 | Sanchez, J Guadalupe G |
| | Sanchez, Jessica |
| 11 | Santiago, Jose B |
| | Santos, Alejandro G |
| 12 | Saucedo, Artemio G |
| 13 | Saul Rodriguez, Marcos |
| | Serna Martinez, Roman |
| 14 | Soto, Jose Antonio P |
| | Terrazas Aguirre, Julio |
| 15 | Terrazas, Ernesto O |
| 16 | Terrazas, Roberto |
| | Torres Espinoza, Jaime |
| 17 | Tovar, Antonio P |
| | Tovar, Javier R |
| 18 | Tovar, Serafin P |
| 19 | Trancoso, Jose Luis D |
| | Treviso Nunez, Isidro |
| 20 | Ugalde Ramirez, Socorro |
| | Urias, Ernesto A |
| 21 | Urquizo, Abel R |
| 22 | Urrutia Sanchez, Jose L |
| | Urrutia, Miguel Angel V |
| 23 | Vaca, Antonio C |
| | Valdez, Joel |
| 24 | Valle, Jose R |
| | Varela, Elder A |
| 25 | Varela, Ivan |
| | Vargas, Alberto |

*Complaint for Violations of the FLSA*      13

Vargas, Tomas O
Vasquez Becerra, Manuel
Vazquez Perez, Pedro
Vazquez Pina, Javier
Vazquez Pina, Juan
Vazquez Pina, Pedro
Vazquez, Jose G
Vazquez, Liliana
Vega Valenzuela, Felix
Vega, Reyes D
Vega, Reyes V
Vela, Francisco
Vela, Ruben
Venegas, Emmanuel J
Venegas, Pedro R
Verdugo, Jose German P
Verduzco, Edgar A
Villegas, Pedro V
Villeskas Silva, Rey
Yasmin Ortiz, Dulce
Z Castellanos, Alberto A
Zavala, Dario
Zuniga Corral, Peddro
Zuniga Garcia, Manuel
Zuniga Jr, Manuel

Does 1-100

*Complaint for Violations of the FLSA*     14