# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| R. Alexander Acosta, | No. CV-17-00544-PHX-DLR |
| Plaintiff, | **CONSENT JUDGMENT** |
| v. | |
| BH Drywall, Stucco & Painting Company Incorporated, et al., | |
| Defendants. | |

The Court has reviewed the parties' Motion for Approval of Consent Judgment. (Doc. 37.)

Plaintiff Secretary of Labor, United States Department of Labor ("Secretary") and Defendants B/H Drywall, Stucco & Painting, Inc., an Arizona Corporation, and Troy Helm and Craig Helm, individually and as managing agents of corporate defendant (collectively "Defendants"), have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment in accordance herewith:

A.   The Secretary has filed a Complaint alleging that Defendants violated provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5).

B.   The Secretary and Defendants waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

C. Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the District of Arizona.

D. Defendants admit that they have violated Section 7 of the FLSA, 29 U.S.C. § 207, by failing to pay overtime to employees identified on Exhibit 1who worked more than 40 hours in a work week.

E. Defendants admit that they have violated Section 11 of the FLSA, 29 U.S.C. § 211, by failing to keep accurate records of hours worked by employees identified on Exhibit 1.

F. Defendants make no other admissions.

G. Defendants understand and agree that demanding or accepting any of the funds due employees under this Judgment or threatening any employee or retaliating against any employee for accepting money due under this Judgment or for exercising any of their rights under the FLSA is specifically prohibited by this Judgment and may subject the Defendants to equitable and legal damages, including punitive damages and civil contempt.

H. The parties agree that Defendants will pay an additional $48,634.82 in back wages and $10,000 in civil money penalties to resolve the Secretary's H-2B investigation. This paragraph is included to memorialize the parties' agreement to resolve the Secretary's H-2B investigation. This investigation is not subject to the Court's jurisdiction.

I. Defendants acknowledge that Defendants and any individual or entity acting on their behalf or at their direction (including but not limited to supervisors, superintendents, or foremen) will be provided with notice of the provisions of this Consent Judgment within 30 days of entry.

It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

**ORDERED, ADJUDGED, AND DECREED** that the Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with

them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 215(a)(2) and 215(a)(5), in any of the following manners:

1. Defendants shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce, within the meaning of the FLSA, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

2. Defendants shall not fail to make, keep, make available to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

3. Defendants, jointly and severally, shall not continue to withhold the payment of $223,682.59 in overtime pay hereby found to be due by the Defendants under the FLSA to employees, as a result of their employment by Defendants during the period of February 22, 2014 through February 21, 2017 ("Back Wage Accrual Period").

4. Liquidated damages in the amount of $223,682.59 (constituting 100 percent of the back wages that so became due) are hereby found to be due under the FLSA.

5. To accomplish the requirements of Paragraphs 3 and 4, Defendants shall deliver to the Wage and Hour Division, United States Department of Labor, 230 N. First Avenue, Suite 402, Phoenix, Arizona 85003 the following:

    a. Within 30 days after entry of this Consent Judgment, a schedule in

duplicate bearing the name of the corporate Defendant, employer identification number, address, and phone number of the corporate Defendant and showing the name, last known (home) address, and social security number for each person listed in the attached Exhibit 1.

 b. Within 30 days after entry of this Consent Judgment, a certified, or cashier's check or money order in the amount of $223,682.59.  The check shall have the BH Drywall Painting & Stucco name and "BWs" written on it, payable to the order of the "Wage and Hour Div., Labor."

 c. Within 30 days after entry of this Consent Judgment, a certified, or cashier's check or money order in the amount of $223,682.59.  The check shall have the BH Drywall Painting & Stucco and "LDs" written on it, payable to the order of the "Wage and Hour Div., Labor."

 d. In the event of any default in the timely making of any payment due hereunder, the full amount due under the back wage and liquidated damages provisions of this Judgment which then remains unpaid, plus post-judgment interest at the rate of 3.25% per year, from the date of this Judgment until paid in full, shall become due and payable upon the Secretary's sending by ordinary mail a written demand to the last business address of the Defendants then known to the Secretary.

 e. The Secretary shall allocate and distribute the funds described in Paragraphs 3 and 4, less deductions for employees' share of social security and withholding taxes on the back wage amounts, to the persons named in the attached Exhibit 1 or the Amended Exhibit 1, or to their estates if that is necessary, in his sole discretion, and any money not so paid within a period of three years from the date of its receipt, because of an inability to locate the proper persons or because of their refusal to accept it, shall then be deposited in the Treasury of the United States, as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c).

6.  Defendants shall comply with the FLSA, and if not already in effect at the

- 4 -

time of entry of this judgment, shall amend and maintain their payroll practices as follows:

    a. Defendants shall accurately record the information required by 29 C.F.R. § 516.2 in the payroll records, including (1) all hours worked by employees each workday and workweek; (2) the rate(s) of pay for each of the hours worked during a workweek; (3) the total weekly straight-time earnings due for the hours worked during the workweek; (4) the total premium pay for overtime hours;

    b. Defendants' timekeeping system shall permit employees (as opposed to supervisors) to track their individual work hours daily. If changes in the time records later are required, Defendants shall designate and authorize one or more individuals in BH Drywall, Stucco & Painting's corporate offices to correct time entry errors. Crew leaders and superintendents may not change or edit employee entered hours on a time sheet. Defendants will continue to dedicate two individuals to train employees on filling out time cards and perform periodic checks of timecards at various worksites. This provision shall remain in effect until the earlier of three years or until an electronic timekeeping system is implemented, if one is implemented.

    c. Before January 30, 2018, Defendants will investigate and analyze the feasibility of using a computerized or telephonic timekeeping system that will: permit employees (as opposed to supervisors) to report their individual work hours, and shall permit the employees to report such hours from a given worksite; store the data with a third party; and track any changes made to the work hours after initial entry. If such a system is implemented, Defendants shall designate and authorize one or more individuals in BH Drywall, Stucco & Painting's corporate offices to correct time entry errors. Crew leaders and superintendents should not have the ability to change or edit employee entered hours. Defendants will continue to use the newly implemented payroll/timekeeping system, Vista.

    d. Defendants shall maintain all time and payroll records for a period of not

less than three years.

e. Defendants shall record all wages paid to employees, regardless of the manner of payment, on its payroll records, and any expense reimbursements may be recorded in Defendants' accounts payable system.

f. Within 60 days after the entry of this Consent Judgment, Defendants shall inform all supervisors, managers, superintendents, and foremen regarding the requirements of this Consent Judgment and shall provide a copy of this Consent Judgment to all supervisors, managers, superintendents, and foremen.

g. Defendants shall not alter or manipulate time or payroll records to reduce the number of hours actually worked by an employee, and Defendants shall not encourage workers to under-report their hours worked. The Court makes no finding about Defendants' past payroll practices.

h. Defendants shall not direct supervisors, superintendents, foremen, or payroll preparers to falsify time or payroll records in any manner including reducing the number of hours worked by employees, and Defendants shall direct supervisors, superintendents, foreman and payroll providers to encourage workers to report all hours worked. The Court makes no finding about Defendants' past payroll practices.

7. If Defendants choose to calculate pay through any type of individual production-based system, such as a piece rate system, Defendants shall provide the following written notice to piece rate employees, which shall be translated into Spanish in necessary:

"Employees who are paid on a piece rate still get overtime payments. You are entitled to advance notice of any piece rate payment, including exactly how the piece rate is calculated. You are entitled to advance notice if your employer makes any change to the piece rate payment. You are entitled to an individual piece rate and cannot be required to accept a group piece rate. If you work more than 40 hours in a seven day work week, you are entitled to a half time overtime premium. Your regular piece rate

payment does NOT include overtime, but it does include straight time pay for all hours worked. If you work more than 40 hours in a work week, your employer must pay you an EXTRA half time premium for overtime, above and beyond your piece rate. For example, if you work 50 hours in a work week and you earned $1000 from your piece rate work, your employer must pay you $100 in overtime. This amount is determined by taking your $1000 pay and dividing it by the 50 hours you worked to get $20 per hour. $20 per hour is your regular rate. Your employer then must pay you the extra $10 half-time overtime premium for the 10 hours you worked over 40 hours in the work week, for a total of $100 of extra pay. Your employer must give you a pay stub that shows your weekly earnings, how those earnings were calculated, and shows all deductions."

8.  Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them, shall not in any way directly or indirectly, demand, require or accept any of the back wages or liquidated damages from any of the employees listed on the attached Exhibit 1. Defendants shall not threaten or imply that adverse action will be taken against any employee because of their receipt of funds due under this Judgment. Violation of this Paragraph may subject the Defendants to equitable and legal damages, including punitive damages and civil contempt.

9.  Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them, shall not in any way retaliate or take any adverse employment action, or threaten or imply that adverse action will be taken against any employee who exercises or asserts his or her rights under the FLSA or provides information to any public agency investigating compliance with the FLSA. Violation of this Paragraph may subject the Defendants to equitable and legal damages, including punitive damages and civil contempt.

10. Within six (6) months of the date that Defendants sign this Consent Judgment, Defendants shall hire an independent third party, who is not involved in this litigation and is approved by representatives of the Secretary to conduct training as to the requirements of the FLSA. The training shall be for one session of not less than one hour

1  with an opportunity for questions and answers and shall address the FLSA's minimum
2  wage, overtime, record keeping, disclosures and anti-retaliation requirements.
3  Defendants Troy Helm and Craig Helm, management, supervisors and individuals who
4  determine the employees' pay or schedules or who prepare payroll shall attend this
5  training, which shall cover the compensable time for which employees shall receive pay.

6  11.  Within 30 days of the entry of this Judgment, Defendants shall supply all of their employees with copies of the attached Exhibit 2, which summarizes terms of this Consent Judgment and the employees' rights under the FLSA. The English and Spanish versions are attached. In addition, Defendants shall provide copies of Exhibit 2 to all new hires, and post a copy at its Phoenix location in an area that is frequented by employees and where it is visible. In addition, within 10 days of the entry of this Judgment, Defendants shall post this Consent Judgment (excluding Exhibits 1 and 2) at its Phoenix locations in an area that is frequented by employees and where it is visible. This provision shall be in effect for a period of two years from the date entry of this Judgment by the Court.

**FURTHER, JUDGMENT IS HEREBY ENTERED**, pursuant to Section 16(c) of the FLSA, in favor of the Secretary as a judgment owed to the United States of America and against Defendants, jointly and severally, in the total amount of **$447,365.18** which is comprised of $223,682.59 in unpaid overtime compensation owed by Defendants and pursuant to authority expressly provided in Section 16 of the FLSA, 29 U.S.C. § 216, an additional equal amount as liquidated damages of $223,682.59.

**IT IS FURTHER ORDERED** that the filing, pursuit, and/or resolution of this proceeding with the entry of this Judgment shall not act as or be asserted as a bar to any action or claim under FLSA § 16(b), 29 U.S.C. § 216(b), as to any employee not named on the attached Exhibit 1, nor as to any employee named on the attached Exhibit 1 for any period not specified therein, nor as to any employer other than Defendants; and it is further

**ORDERED** that this Judgment represents a full, final, and complete judicial

resolution of all claims alleged against Defendants in the Secretary's Complaint, including all FLSA matters arising out of the Investigation, as that term is defined in the Complaint, except that the filing, pursuit, and/or resolution of this proceeding with the entry of this Judgment shall not act as or be asserted as a bar to any action or claim under the FLSA as to any employer other than the Defendants; and it is further

**ORDERED** that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended.

Dated this 7th day of November, 2017.

Douglas L. Rayes
United States District Judge

Consented to By:
For the Plaintiff:                                   For Defendants:
NICHOLAS C. GEALE
Acting Solicitor of Labor                            */s/ Craig Helm*
                                                     Craig Helm       Date: 11/2/2017

JANET M. HEROLD
Regional Solicitor

By */s/ Veronica Melendez*                           */s/ Troy Helm*
   VERONICA MELENDEZ                                 Troy Helm        Date: 11/2/2017
   Trial Attorney

   ANDREW J. SCHULTZ                                 */s/ Craig Helm*
   Senior Trial Attorney                             BH Drywall, Stucco and Painting, Inc.

Dated: 11/2/2017                                     BY: Craig Helm
                                                         Printed Name

                                                     ITS: VP Operations
                                                          Title
                                                     Date: 11/2/2017

EXHIBIT 1

| Employee Name | Back Wages | Liquidated Damages |
|---|---|---|
| Acevedo Castillo, Fredy | $1,851.96 | $1,851.96 |
| Adam Flores, Adrian | $33.82 | $33.82 |
| Aguero, Martin | $77.79 | $77.79 |
| Aguilar, Felipe A | $488.15 | $488.15 |
| Aguirre, Gabriel P | $29.32 | $29.32 |
| Aispuro, Antonio R | $579.46 | $579.46 |
| Alanis Vazquez, Sergio | $1,616.64 | $1,616.64 |
| Alaniz, J Carmen J | $135.28 | $135.28 |
| Alfonso Romero, Victor | $4,515.11 | $4,515.11 |
| Alonso, Christian | $666.28 | $666.28 |
| Amador Arista, Gerardo | $527.61 | $527.61 |
| Ambriz Alonso, Paulina | $285.23 | $285.23 |
| Andrade Vargas, Jose G | $660.64 | $660.64 |
| Antonio Pina, Jose | $260.42 | $260.42 |
| Arciniega, Federico M | $152.20 | $152.20 |
| Arellano, Jesus Maria L | $1,171.34 | $1,171.34 |
| Arellano, Maria | $2,050.69 | $2,050.69 |
| Astorga, Felix | $272.83 | $272.83 |
| Avila, Jessica S | $241.26 | $241.26 |
| Avila, Jose M | $1,066.49 | $1,066.49 |
| Barcenas, Arturo | $729.41 | $729.41 |
| Barragan, Carmelo | $3,515.13 | $3,515.13 |
| Barraza, Miguel | $620.05 | $620.05 |
| Barrios, Andres D | $1,546.75 | $1,546.75 |
| Barron Camez, Jacob | $913.17 | $913.17 |
| Belmonte Flores, Genaro | $40.58 | $40.58 |
| Beltran, Christian M | $102.59 | $102.59 |
| Beltran, Felix G | $884.98 | $884.98 |
| Benegas, Manuel | $884.98 | $884.98 |
| Blanco, Diana | $116.12 | $116.12 |
| Burgos Cubillas, Fernando | $298.75 | $298.75 |
| Burgos, Saul Usvaldo G | $313.41 | $313.41 |
| Calderon Pineda, Ruben | $166.85 | $166.85 |
| Canales, Jesus Jonathan R | $31.57 | $31.57 |
| Carpio, Valerie M | $20.06 | $20.06 |
| Castaneda, Gabriel B | $3,754.14 | $3,754.14 |
| Castellanos Bernal, Jose G | $134.15 | $134.15 |

| | | |
|---|---:|---:|
| Castellanos, Jose J | $74.40 | $74.40 |
| Castro Verduzco, Jairo | $43.97 | $43.97 |
| Cervantes Peregrin, Lilia | $1,612.14 | $1,612.14 |
| Cervantes, Jose Jesus A | $77.79 | $77.79 |
| Chavez Coronado, Ramon | $69.90 | $69.90 |
| Chavez Cota, Manuel | $213.07 | $213.07 |
| Chavez, Jose Angel L | $1,473.85 | $1,473.85 |
| Contreras Lopez, Juan | $722.64 | $722.64 |
| Corona, Candelario | $884.98 | $884.98 |
| Coronado, Jose De Dios C | $128.52 | $128.52 |
| Correa, Juan | $581.72 | $581.72 |
| Cortes, Alberto | $104.85 | $104.85 |
| Cortes, Guadalupe A | $96.50 | $96.50 |
| Cortez, Antonio | $29.31 | $29.31 |
| Cruz, Alejandro G | $1,675.27 | $1,675.27 |
| Cruz, John A | $37.20 | $37.20 |
| Daniels, Susan J | $61.13 | $61.13 |
| De Anda, Maria | $586.23 | $586.23 |
| De La Rosa Vasquez, Juan | $1,117.22 | $1,117.22 |
| De La Rosa, Romaldo | $2,236.32 | $2,236.32 |
| De Paz, Daniel Ortega | $665.15 | $665.15 |
| Del Rio Pinal, Joel | $139.80 | $139.80 |
| Del Rio, Jose A | $807.20 | $807.20 |
| Desantiago Castillo, Martin | $30.44 | $30.44 |
| Diaz, Roberto D | $354.68 | $354.68 |
| Dillon, Kelly A | $64.88 | $64.88 |
| Duenas, Gerardo C | $336.11 | $336.11 |
| Esquivel Lemus, Ramon | $1,146.53 | $1,146.53 |
| F Martinez, Francisco J | $802.68 | $802.68 |
| Felix, Ernesto Alonso D | $255.91 | $255.91 |
| Fernandez Lechuga, Edgar | $1,086.78 | $1,086.78 |
| Flores Najera, Rafael | $193.12 | $193.12 |
| Flores, Cristian M | $803.81 | $803.81 |
| Fragoso Perez, Andres | $117.12 | $117.12 |
| Gallegos, Adelmo D | $228.85 | $228.85 |
| Gallegos, Moises Felipe R | $1,065.69 | $1,065.69 |
| Gamino, Refugio | $200.67 | $200.67 |
| Garcia Campos, Ezequiel | $73.28 | $73.28 |
| Garcia Zuniga Jr, Pedro | $228.85 | $228.85 |
| Garcia, Celso E | $254.56 | $254.56 |
| Garcia, Isidro G | $127.40 | $127.40 |

| | | |
|---|---:|---:|
| Garcia, Olivo | $57.50 | $57.50 |
| Garza, Francisco Javie E | $2,541.38 | $2,541.38 |
| Garza, Noe E | $2,540.22 | $2,540.22 |
| Garza, Roberto E | $1,745.48 | $1,745.48 |
| Gavina, Jose Francisco S | $1,074.38 | $1,074.38 |
| Gerardo Robles, Juan | $80.05 | $80.05 |
| Giron, Jose I | $207.43 | $207.43 |
| Giron, Jose J | $478.00 | $478.00 |
| Godinez, Valdemar | $29.31 | $29.31 |
| Godoy, Ernesto | $137.54 | $137.54 |
| Gomez, Vincente | $29.31 | $29.31 |
| Gonzales, Dolores L | $41.65 | $41.65 |
| Gonzalez Ambriz, Andres | $81.17 | $81.17 |
| Gonzalez, Juvenal H | $1,530.97 | $1,530.97 |
| Gonzalez, Salvador | $1,589.08 | $1,589.08 |
| Granillo, Antonio | $702.35 | $702.35 |
| Guadalupe Jimenez-1922, Jose | $207.43 | $207.43 |
| Guadalupe Jimenez-2463, Jose | $3,960.44 | $3,960.44 |
| Guarneros Licona, Pablo | $731.66 | $731.66 |
| Guarneros, Fidel V | $131.90 | $131.90 |
| Gutierrez, Vicente | $73.28 | $73.28 |
| Heras, Justo A | $21.43 | $21.43 |
| Hernandez, Ramon | $2,025.89 | $2,025.89 |
| Ibarra, Claudia C | $25.94 | $25.94 |
| Jacobo, Bartolo B | $661.76 | $661.76 |
| Jaramillo, Zita M | $413.75 | $413.75 |
| Jimene Sanchez, Emiliano | $205.18 | $205.18 |
| Jimenez Alaniz, Gabriel | $351.74 | $351.74 |
| Jimenez Martinez, Enrique | $139.80 | $139.80 |
| Jimenez Monroy, Israel | $51.86 | $51.86 |
| Jimenez, Carlos | $90.20 | $90.20 |
| Jimenez, Domingo V | $1,473.47 | $1,473.47 |
| Jimenez, Enrique | $116.12 | $116.12 |
| Jimenez, Marcelino | $3,865.74 | $3,865.74 |
| Jimenez, Ramiro | $116.12 | $116.12 |
| Jimenez, Santos T | $1,273.93 | $1,273.93 |
| Jimenez, Victor Manuel B | $443.06 | $443.06 |
| Juarez, Dyana | $201.80 | $201.80 |
| Juarez, Ubaldo | $1,072.13 | $1,072.13 |
| Lagos Hernandez, Jose | $101.46 | $101.46 |

| | | |
|---|---:|---:|
| Lagos Hernandez, Tomas | $101.46 | $101.46 |
| Lagos, Estanislao H | $1,192.76 | $1,192.76 |
| Lara Hernandez, Paul | $1,077.76 | $1,077.76 |
| Lara Reyes, Jose | $818.47 | $818.47 |
| Laturneria, Gerardo | $3,187.08 | $3,187.08 |
| Ledezma, Noe | $3,968.04 | $3,968.04 |
| Lee Mendoza, Erika | $1,055.21 | $1,055.21 |
| Lemus Perez, Francisco J | $334.83 | $334.83 |
| Lemus, Margarito | $298.75 | $298.75 |
| Licona Perez, Pedro | $107.10 | $107.10 |
| Licona, Sergio V | $28.19 | $28.19 |
| Llaca, Julio Cesar B | $105.97 | $105.97 |
| Lopez Rodriguez, Hugo | $406.98 | $406.98 |
| Lopez Rodriguez, Omar D | $233.37 | $233.37 |
| Lopez, Brenda | $67.65 | $67.65 |
| Lopez, Francisco N | $1,238.98 | $1,238.98 |
| Lopez, Jose Manuel M | $3,012.33 | $3,012.33 |
| Lopez, Ricardo | $171.36 | $171.36 |
| Luis Muniz, Manuel | $214.20 | $214.20 |
| Lujan, Tomas G | $560.30 | $560.30 |
| Manuel Hernandez, Jesus | $487.02 | $487.02 |
| Marquez Macias, Cesar I | $201.80 | $201.80 |
| Marquez Medina, Salvador | $1,374.26 | $1,374.26 |
| Martinez Rangel, Roel | $1,887.88 | $1,887.88 |
| Martinez, Daniel | $155.58 | $155.58 |
| Martinez, Ricardo | $40.58 | $40.58 |
| Mascaren, Ramon Rogelio C | $69.90 | $69.90 |
| Mata Acevedo, Carmelo | $2,243.19 | $2,243.19 |
| Matias, Benito A | $2,543.35 | $2,543.35 |
| Medina, David | $452.08 | $452.08 |
| Medina, Eleazar M | $1,259.27 | $1,259.27 |
| Medina, Luis Ramon R | $85.88 | $85.88 |
| Medina, Marivel | $232.23 | $232.23 |
| Melendez, Roberto M | $343.85 | $343.85 |
| Mendez, Enrique | $359.63 | $359.63 |
| Mendivil, Oscar R | $42.84 | $42.84 |
| Mendoza Ibarra, Oscar | $25.94 | $25.94 |
| Mendoza Sandoval, Felix | $480.26 | $480.26 |
| Mendoza, Sergio | $1,008.99 | $1,008.99 |
| Merino, Jose L | $723.05 | $723.05 |
| Millan, Veronica | $851.16 | $851.16 |

| Name | Amount | Amount |
|---|---:|---:|
| **Mimila, Angel A** | **$338.21** | **$338.21** |
| **Miramontes Velazque, Luis** | **$967.28** | **$967.28** |
| **Miramontes, Enrique J** | **$527.61** | **$527.61** |
| **Miranda, Mario** | **$169.10** | **$169.10** |
| **Mora Valenzuela, Martin** | **$228.85** | **$228.85** |
| **Morales Perez, Javier** | **$75.53** | **$75.53** |
| **Morales Rodriguez, Javier** | **$329.20** | **$329.20** |
| **Morales, Francisco V** | **$737.30** | **$737.30** |
| **Morales, Jose Francisco R** | **$24.81** | **$24.81** |
| **Moriya, Servando M** | **$640.35** | **$640.35** |
| **Moriyo Mendoza, Arturo** | **$640.35** | **$640.35** |
| **Mosqueda, Angel A** | **$86.81** | **$86.81** |
| **Munoz Granados, Jose Luis** | **$3,210.45** | **$3,210.45** |
| **Munoz, Camilo G** | **$118.37** | **$118.37** |
| **Neri Cercas, Norberto** | **$3,454.26** | **$3,454.26** |
| **Nieblas, Carlos V** | **$2,543.35** | **$2,543.35** |
| **Noyes Jr, Anthony F** | **$152.20** | **$152.20** |
| **Ocegera Tellez, Martin** | **$2,863.52** | **$2,863.52** |
| **Ochoa, Eriberto** | **$1,002.23** | **$1,002.23** |
| **Oropeza, Enrique M** | **$387.81** | **$387.81** |
| **Ortega Davila, Benito** | **$303.26** | **$303.26** |
| **Ortega Davila, Marcelo** | **$638.09** | **$638.09** |
| **Ortega, Alejo R** | **$358.50** | **$358.50** |
| **Ortiz, Alejandro S** | **$171.36** | **$171.36** |
| **Ortiz, Roberto E** | **$2,235.27** | **$2,235.27** |
| **Osorio, Rosario M** | **$57.50** | **$57.50** |
| **Padilla Cortes, Miguel** | **$102.59** | **$102.59** |
| **Padilla Monrroy, Jaime** | **$227.23** | **$227.23** |
| **Padilla Moreno, Valente** | **$102.59** | **$102.59** |
| **Parra, Cecilio** | **$43.97** | **$43.97** |
| **Pena, Alberto R** | **$290.86** | **$290.86** |
| **Peralta Ayon, Jesus** | **$170.23** | **$170.23** |
| **Perez Arias, Antonio** | **$32.70** | **$32.70** |
| **Perez Diaz, Nicolas** | **$53.12** | **$53.12** |
| **Perez Ruiz, Pedro** | **$129.65** | **$129.65** |
| **Perez, Arturo** | **$122.88** | **$122.88** |
| **Perez, Ernesto O** | **$2,606.48** | **$2,606.48** |
| **Perez, Manuel** | **$1,791.39** | **$1,791.39** |
| **Pina Pina, Bernardino** | **$87.93** | **$87.93** |
| **Pina, Antonio P** | **$2,897.33** | **$2,897.33** |
| **Pina, Bernardino V** | **$116.12** | **$116.12** |

| Name | Amount | Amount |
|---|---:|---:|
| Pina, Carmelo M | $917.68 | $917.68 |
| Pina, Heriberto V | $331.45 | $331.45 |
| Pina, Jose Guadalupe P | $514.08 | $514.08 |
| Pina, Jose V | $932.33 | $932.33 |
| Pina, Jose Vazquez L | $128.52 | $128.52 |
| Pina, Maribel P | $118.37 | $118.37 |
| Pina, Serafin P | $37.20 | $37.20 |
| Pueblo, Jose | $58.62 | $58.62 |
| Rameriz, Juan P | $237.88 | $237.88 |
| Ramirez Barroso, Ismael | $395.70 | $395.70 |
| Ramirez Barroso, Jose | $101.46 | $101.46 |
| Ramirez Gonzalez, Camilo | $161.21 | $161.21 |
| Ramirez, Gerardo B | $694.46 | $694.46 |
| Ramirez, Guillermo M | $27.06 | $27.06 |
| Ramirez, Jose | $1,873.69 | $1,873.69 |
| Ramon Hernandez, Adrian | $303.26 | $303.26 |
| Rangel Herrera, Juan | $2,468.94 | $2,468.94 |
| Rangel, Pedro Antonio B | $103.72 | $103.72 |
| Rayas, Isidro | $113.87 | $113.87 |
| Raygoza, Jose G | $83.43 | $83.43 |
| Renteria, Adriana J | $348.36 | $348.36 |
| Reyes, Everado | $150.32 | $150.32 |
| Reyes, Mario R | $807.20 | $807.20 |
| Riestra, Manuel | $1,039.43 | $1,039.43 |
| Rivera, Adrian V | $623.43 | $623.43 |
| Rivera, Francisco J | $763.23 | $763.23 |
| Rivera, Jose Leobard A | $139.80 | $139.80 |
| Rivera, Roberto Vazquez R | $795.93 | $795.93 |
| Roa Rodiles, Francisco J | $978.56 | $978.56 |
| Robles Carrillo, Sara V | $77.79 | $77.79 |
| Robles Vargas, Manuel | $479.13 | $479.13 |
| Robles Vargas, Salvador | $69.90 | $69.90 |
| Rodriguez, Ana | $20.06 | $20.06 |
| Rodriguez, Eliseo M | $907.53 | $907.53 |
| Rodriguez, Enrique R | $2,559.13 | $2,559.13 |
| Rodriguez, Guadalupe F | $2,558.00 | $2,558.00 |
| Rodriguez, Jose D | $109.35 | $109.35 |
| Rodriguez, Jose L | $1,520.82 | $1,520.82 |
| Rodriguez, Jose M | $126.27 | $126.27 |
| Rodriquez, Ramon S | $1,553.29 | $1,553.29 |
| Rojas, Tomas | $726.03 | $726.03 |

| | | |
|---|---:|---:|
| Roman Pena, Jesus M | $497.17 | $497.17 |
| Rosales, Eric R | $201.80 | $201.80 |
| Ruelas Acosta, Leonardo | $48.48 | $48.48 |
| Ruelas, Jesus | $192.78 | $192.78 |
| Ruiz Penaloza, Miguel | $1,678.65 | $1,678.65 |
| Ruiz, Martin M | $345.99 | $345.99 |
| Salas Valtierra, Jorge | $21.43 | $21.43 |
| Salas, Efrain R | $375.03 | $375.03 |
| Salas, Ezequiel R | $336.11 | $336.11 |
| Salas, Prospero E | $1,583.96 | $1,583.96 |
| Salas, Vicente R | $336.11 | $336.11 |
| Saldana, Galindo R | $355.12 | $355.12 |
| Saldana, Rosendo | $45.10 | $45.10 |
| Samuel Marquez, Martin | $163.47 | $163.47 |
| Sanches Mondrago, Rogelio | $1,303.24 | $1,303.24 |
| Sanchez Munoz, Alberto | $463.35 | $463.35 |
| Sanchez Munoz, Juan | $463.35 | $463.35 |
| Sanchez Nevarez, Leo | $85.68 | $85.68 |
| Sanchez Urrutia, Adolfo | $912.04 | $912.04 |
| Sanchez, Angelita | $452.08 | $452.08 |
| Sanchez, J Guadalupe G | $579.46 | $579.46 |
| Sanchez, Jessica | $1,337.06 | $1,337.06 |
| Santiago, Jose B | $122.88 | $122.88 |
| Santos, Alejandro G | $29.31 | $29.31 |
| Saucedo, Artemio G | $2,331.40 | $2,331.40 |
| Saul Rodriguez, Marcos | $83.43 | $83.43 |
| Serna Martinez, Roman | $184.88 | $184.88 |
| Soto, Jose Antonio P | $617.80 | $617.80 |
| Terrazas Aguirre, Julio | $1,530.97 | $1,530.97 |
| Terrazas, Ernesto O | $45.10 | $45.10 |
| Terrazas, Roberto | $147.68 | $147.68 |
| Torres Acevedo, Edgar | $592.01 | $592.01 |
| Torres Espinoza, Jaime | $159.69 | $159.69 |
| Torres, Victor Hugo M | $1,673.40 | $1,673.40 |
| Tovar, Antonio P | $2,352.82 | $2,352.82 |
| Tovar, Javier R | $286.35 | $286.35 |
| Tovar, Serafin P | $1,294.22 | $1,294.22 |
| Trancoso, Jose Luis D | $941.36 | $941.36 |
| Treviso Nunez, Isidro | $78.80 | $78.80 |
| Ugalde Ramirez, Socorro | $57.50 | $57.50 |
| Urias, Ernesto A | $166.85 | $166.85 |

| Name | Amount | Amount |
|---|---:|---:|
| Urquizo, Abel R | $373.16 | $373.16 |
| Urrutia Sanchez, Jose L | $835.38 | $835.38 |
| Urrutia, Miguel Angel V | $22.56 | $22.56 |
| Vaca, Antonio C | $102.59 | $102.59 |
| Valdez, Joel | $76.66 | $76.66 |
| Valero Castro, Jose | $1,187.39 | $1,187.39 |
| Valle, Jose R | $169.10 | $169.10 |
| Varela, Elder A | $3,725.66 | $3,725.66 |
| Varela, Ivan | $520.85 | $520.85 |
| Vargas, Alberto | $77.79 | $77.79 |
| Vargas, Tomas O | $202.93 | $202.93 |
| Vasquez Becerra, Manuel | $174.75 | $174.75 |
| Vazquez Perez, Pedro | $1,461.07 | $1,461.07 |
| Vazquez Pina, Javier | $1,307.74 | $1,307.74 |
| Vazquez Pina, Juan | $3,006.70 | $3,006.70 |
| Vazquez Pina, Pedro | $2,706.82 | $2,706.82 |
| Vazquez, Jose G | $946.99 | $946.99 |
| Vazquez, Liliana | $108.23 | $108.23 |
| Vega Beltran, Fredy | $777.15 | $777.15 |
| Vega Valenzuela, Felix | $153.32 | $153.32 |
| Vega, Reyes D | $349.48 | $349.48 |
| Vega, Reyes V | $193.90 | $193.90 |
| Vela, Francisco | $269.45 | $269.45 |
| Vela, Ruben | $1,299.86 | $1,299.86 |
| Venegas, Emmanuel J | $73.28 | $73.28 |
| Venegas, Pedro R | $908.66 | $908.66 |
| Verdugo, Jose German P | $157.83 | $157.83 |
| Verduzco, Edgar A | $1,069.88 | $1,069.88 |
| Villegas, Pedro V | $924.44 | $924.44 |
| Villeskas Silva, Rey | $269.45 | $269.45 |
| Yasmin Ortiz, Dulce | $564.81 | $564.81 |
| Z Castellanos, Alberto A | $376.55 | $376.55 |
| Zavala, Dario | $1,937.95 | $1,937.95 |
| Unknown Employee #1 | $49.60 | $49.60 |
| Unknown Employee #2 | $32.70 | $32.70 |
| Unknown Employee #3 | $32.70 | $32.70 |
| Unknown Employee #4 | $47.35 | $47.35 |
| Unknown Employee #5 | $118.37 | $118.37 |
| Unknown Employee #6 | $32.70 | $32.70 |
| Unknown Employee #7 | $86.81 | $86.81 |
| Unknown Employee #8 | $51.86 | $51.86 |

| | | |
|---|---:|---:|
| **Unknown Employee #9** | $50.73 | $50.73 |
| **Unknown Employee #10** | $69.90 | $69.90 |
| **Unknown Employee #11** | $73.28 | $73.28 |

# EXHIBIT 2

## *EMPLOYEE RIGHTS STATEMENT*

The U.S. Department of Labor has resolved a lawsuit against your employer BH Drywall Stucco & Painting Company, Inc. The lawsuit was filed because the Labor Department alleged that your employer did not pay the half time overtime premium to piece rate drywall installers when those installers worked more than 40 hours per week.

Your Employer must pay you for all hours worked, which includes all time that you are required to be on the Employer's premises and are not free from duties.

You have the right to have all hours worked for your employer in one pay period to be counted on one time record.

Your piece-rate earnings must at least be equal to the hourly state minimum wage for all hours worked. You have the right to be paid for overtime, which means that you have the right to be paid an additional one-half time premium on your regular hourly rate for all hours you work more than 40 hours in one workweek.

You have the right to inspect your time records.

You have the right to speak with the U.S. Department of Labor if you think your Employer has not paid you for all hours worked, paid overtime, or has tried to deter you from asserting your rights to the wages required by law.

The U.S. Department of Labor has the right to inspect your Employer's worksite at any time, and you have the right to talk to any representative of the U. S Department of Labor privately and not in the presence of your employer. Your employer may not encourage or order you to leave your work areas or residences to prevent or discourage you from speaking with the U.S. Department of Labor.

You can call the U.S. Department of Labor to make a confidential complaint at 602-514-7100.

//

//

//

1  YOUR EMPLOYER IS SUBJECT TO PENALTIES IF YOUR EMPLOYER
2  VIOLATES THE LAW.  PLEASE NOTIFY THE US DEPARTMENT OF LABOR IF
3  YOU THINK YOUR EMPLOYER HAS NOT FULFILLED THE REQUIREMENTS
4  OF THIS NOTICE.

### *PIECE RATE NOTICE*

Employees who are paid on a piece rate still get overtime payments.  You are entitled to advance notice of any piece rate payment, including exactly how the piece rate is calculated.  You are entitled to advance notice if your employer makes any change to the piece rate payment.  You are entitled to an individual piece rate and cannot be required to accept a group piece rate.  If you work more than 40 hours in a seven day work week, you are entitled to a half time overtime premium.  Your regular piece rate payment does NOT include overtime, but it does include straight time pay for all hours worked.   Your employer must pay you an EXTRA half time premium for overtime, above and beyond your piece rate.  For example, if you work 50 hours in a work week and you earned $1000 from your piece rate work, your employer must pay you $100 in overtime.  This amount is determined by taking your $1000 pay and dividing it by the 50 hours you worked to get $20 per hour.  $20 per hour is your regular rate.  Your employer then must pay you the extra $10 half-time overtime premium for the 10 hours you worked over 40 hours in the work week, for a total of $100 of extra pay.  Your employer must give you a pay stub that shows your weekly earnings, actual hours worked, regular hourly rate, how those earnings were calculated, and shows all deductions.